FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROSEMARIE SAN LUIS GUILLEN,

    Petitioner,

v.

RAND BEERS, et al.,

    Respondent.

No. CV 13-09232-DOC (DFM)

JUDGMENT

Pursuant to the Order Dismissing Petition as Moot,

IT IS ADJUDGED that the Petition is dismissed for mootness.

Dated: February 19, 2014

/s/ David O. Carter

DAVID O. CARTER
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY